IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| **BARTOLO PENALOZA-MALDONADO**, | : | 5:15 CR 93-FL-1 |
| Defendant. | | |

This matter came before the Court upon the Defendant's motion to seal two documents in the above styled case based on information that is contained in an attached memorandum. After considering the Defendant's arguments, and the fact that the Government concurs with this motion,

**THE COURT THEREFORE ORDERS**:

1. That the Defendant's motion to continue his sentencing hearing, filed on July 31, 2015, and is docket entry 24 on the ECF system in the above styled case shall be sealed until such time as the Court Orders that it is to be unsealed,

2. That the memorandum that is attached to the Defendant's motion to seal at docket entry 26, explaining the details of the Defendant's motion to seal, shall be sealed until the Court Orders that it is to be unsealed.

This is the \_\_\_31st\_\_\_day of July , 2015.

_____
Honorable Louise W. Flanagan
United States District Court Judge