IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **<u>ORDER</u>** |
| | : | |
| v. | : | |
| | : | |
| **BARTOLO PENALOZA-MALDONADO,** | : | 5:15 CR 93-FL-1 |
| Defendant. | | |

This matter came before the Court upon the Defendant's motion to seal two documents in the above styled case based on information that is contained in an attached memorandum. After considering the Defendant's arguments,

**THE COURT ORDERS**:

    1. That the sentencing memorandum filed on June 28, 2016 at docket entry 50 in the above styled case shall be sealed until such time as the Court Orders it to be unsealed,

    2. That the memorandum that is related to the Defendant's motion to seal at docket entry 52, explaining the details of the Defendant's motion to seal, shall be sealed until the Court Orders that it is to be unsealed.

This is the __6th__ day of July, 2016.

_____
Honorable Louise W. Flanagan
United States District Court Judge